IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| NATHAN JAMES ARENTSEN,<br><br>            Plaintiff,<br><br>vs.<br><br>STATE OF NEBRASKA, NEBRASKA DEPARTMENT OF HEALTH & HUMAN SERVICES, BOARD OF REGENTS OF THE UNIVERSITY OF NEBRASKA, UNIVERSITY OF NEBRASKA, UNIVERSITY OF NEBRASKA - LINCOLN, PARADIGM, INC., and JENDA FAMILY SERVICES,<br><br>            Defendants. | 4:23CV3131<br><br>**ORDER OF RECUSAL** |

      This matter is before the court on the court's own motion pursuant to 28 U.S.C. § 455(a), which states: "Any . . . judge . . . of the United States shall disqualify himself in any proceeding in which his impartiality might reasonably be questioned."  Upon review of the parties and the record in the above-designated case, the undersigned judge shall, and hereby does, recuse himself from the above-designated case pursuant to 28 U.S.C. § 455(a).

      SO ORDERED.

      Dated this 6th day of February, 2024.

                                                        BY THE COURT:

                                                        s/ Joseph F. Bataillon
                                                        Senior United States District Judge